UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :

          - v. -                 :      INDICTMENT

DWAYNE RUSSELL,                  :      07 CRIM 886

                                 :

          Defendant.             :

- - - - - - - - - - - - - - - - x


                        COUNT ONE

     The Grand Jury charges:

     1.  On or about August 30, 2007, in the Southern District of New York, DWAYNE RUSSELL, the defendant, unlawfully, willfully, and knowingly, by force and violence, and by intimidation, did take, from the persons and presence of others, property and money belonging to and in the care, custody, control, management, and possession of a bank, to wit, the Chase Manhattan Bank, 601 E Tremont Avenue, Bronx, New York, the deposits of which were then insured by the Federal Deposit Insurance Corporation ("FDIC"), and in committing said offense did assault persons and put in jeopardy the lives of such persons by the use of a dangerous weapon, to wit, a firearm.

     (Title 18, United States Code, Section 2113(a) & (d)(2).)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___SEP 1 8 2007___
```

## COUNT TWO

The Grand Jury further charges:

2. On or about August 30, 2007, in the Southern District of New York, DWAYNE RUSSELL, the defendant, unlawfully, willfully, and knowingly, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the bank robbery charged in Count One of this Indictment, did use and carry a firearm, and, in furtherance of such crime, did possess a firearm, which RUSSELL brandished during the bank robbery.

(Title 18, United States Code, Section 924(c)(1)(A)(ii).)

## COUNT THREE

The Grand Jury further charges:

3. On or about September 4, 2007, in the Southern District of New York, DWAYNE RUSSELL, the defendant, unlawfully, willfully, and knowingly, by force and violence, and by intimidation, did take, from the persons and presence of others, property and money belonging to and in the care, custody, control, management, and possession of a bank, to wit, Washington Mutual Bank, 1489 Metropolitan Avenue, Bronx, New York, the deposits of which were then insured by the Federal Deposit Insurance Corporation ("FDIC"), and in committing said offense did assault persons and put in jeopardy the lives of such persons

2

by the use of a dangerous weapon, to wit, a firearm.

(Title 18, United States Code, Section 2113(a) & (d)(2).)


COUNT FOUR

The Grand Jury further charges:

4. On or about September 4, 2007, in the Southern District of New York, DWAYNE RUSSELL, the defendant, unlawfully, willfully, and knowingly, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the bank robbery charged in Count Three of this Indictment, did use and carry a firearm, and, in furtherance of such crime, did possess a firearm, which RUSSELL brandished during the bank robbery.

(Title 18, United States Code, Section 924(c)(1)(A)(ii).)


_____          _____
FOREPERSON                                MICHAEL J. GARCIA
                                          United States Attorney

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

DWAYNE RUSSELL,

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. §§ 2113(a)&(d)
 18 U.S.C. § 924(c))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*
Foreperson.

9/18/07 FLD INDICTMENT. CASE ASSIGNED TO JUDGE HOLWELL.

MAAS M.J.