USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES of AMERICA, | : | 07CR 00886 - 01 (RJH) |
| | : | |
| -against- | : | **ORDER** |
| | : | |
| DWAYNE RUSSELL, | : | |
| | : | |
| Defendant. | : | |

----------------------------------------------------------x

The pretrial conference scheduled for February 08, 2008 is rescheduled to February 21, 2008, at 12:00 p.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
January 09, 2008
SO ORDERED:

_____
Richard J. Holwell
United States District Judge