U.S. Department of Justice



United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007



February 19, 2008

**BY FACSIMILE**

The Honorable Richard J. Holwell
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 660
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/08
```

Re: **United States v. Dwayne Russell,**
07 Cr. 886 (RJH)

Dear Judge Holwell:

A conference is scheduled before Your Honor in the above-referenced matter on February 21, 2008, at 12:00 p.m. As the parties are still in plea discussions, the Government respectfully requests, with defense counsel's consent, that the conference be adjourned until April 4, 2008, at 11:30 a.m., when the Government understands the Court will be available.

The Government also respectfully requests, with defense counsel's consent, that time be excluded under the Speedy Trial Act through April 4, 2008 pursuant to 18 U.S.C. §§ 3161(h)(8)(A) so that the parties can continue discussing a possible disposition in this case and so that defense counsel can provide effective assistance of counsel.

*Conference adjourned to 4/4/08 at 11:30 a.m. Time is excluded under the STA from today to 4/4/08 for the reasons stated above and in the interest of justice.*

*SO ORDERED*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _/s/ M. Rosensaft_
Michael M. Rosensaft
Assistant U.S. Attorney
(212) 637-2366

*USDJ
2/20/08*

cc: Steven M. Statsinger, Esq.

TOTAL P.01