# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
*Executive Director*

May 16, 2008

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*



**BY HAND DELIVERY**

Hon. Richard J. Holwell
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  **United States v. Dwayne Russell**
         **No. 07 Cr. 886 (RJH)**

Dear Judge Holwell:

    I am writing to respectfully request that the pretrial conference in this case, currently scheduled for Friday, May 23, 2008, be adjourned until a date convenient to the Court the following week. The parties have reached, in principle, a disposition in this matter, and I anticipate that Mr. Russell will be entering a plea of guilty at the next conference. Unfortunately, however, I will be out of the office on May 23.

    I have spoken with Assistant United States Attorney Michael Rosensaft, <u>who consents to the requested adjournment. In addition, the defense consents to an exclusion of Speedy Trial Act time until the adjourned date.</u>

*[Handwritten order: Application Granted. Conference adjourned to June 03, 2008 at 2:30 pm. Time is excluded under the STA from today to June 03, 2008 to permit defendant to consider a pretrial disposition. The exclusion of time is in the interests of justice and outweighs the interests of the defendant and public in a speedy trial. SO ORDERED. RJH USDJ 5/20/08]*

Respectfully submitted,

STEVEN M. STATSINGER
Assistant Federal Defender
(212) 417-8736

cc: AUSA Michael Rosensaft