Request for Adjournment

| | | | |
|---|---|---|---|
| TO: | Honorable Richard Holwell<br>U.S. District Court Judge | OFFENSE: | Bank Robbery (18 USC 2113) |
| From: | Mark R. Johnson<br>Senior U.S. Probation Officer | Original Sentence Date: | September 5, 2008 |
| Re: | Dwayne Russell<br>DKT. # 07 CR 886-01 (RH) | Required Submission to Counsel Date:<br>(35)Days) July 30, 2008 | |
| Date: | July 28, 2008 | Defense Counsel : | Steve Statsinger |
| AUSA: | Michael Rosensaft | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This adjournment is requested for the following reason:

Due to a death in my immediate family, this officer had to reschedule the presentence interview, which is now scheduled for August 11, 2008. We respectfully request that sentencing be adjourned until November 5, 2008, so that we may be able to comply with all applicable disclosure periods.

Neither Defense counsel or the Government have any objections to this request.

It is requested that Your Honor indicate the Court's decision as provided below. Counsel will be notified by copy of this form.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
Mark R. Johnson
Senior U.S. Probation Officer
212-805-5168

Approved By: _____
SUSPO

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/08
```

1. AN ADJOURNMENT IS GRANTED: ✓

   IF APPROVED, NEW DATE OF SENTENCE  11/14/08  TIME & ROOM  11:30 a.m.
   ct 17B

2. REQUEST IS DENIED _____

   7/29/08
   DATE                                    U.S. DISTRICT COURT JUDGE

cc: Michael Rosensaft
    U.S. Attorney's Office
    1 St. Andrew's Plaza
    New York, NY 10007

    Steve Statsinger
    Federal Defenders of New York, Inc.
    52 Duane Street, 10th floor
    New York, NY 10007

NY 468